LEAVITT J. HUNT et al., as Executors of JOSEPH H. HUNT, Deceased, et al, Respondents, *v.* VELMA G. H. LANEHART et al., Defendants, and HARTUNE MICHAELYAN, Appellant.

(Argued January 11, 1933; decided January 27, 1933.)

*Harold R. Medina, Rufus C. Van Aken* and *Percival S. Jones* for appellant.

*Leavitt J. Hunt* and *Reese D. Alsop* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.